# COMPLAINT
### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 MAR 19 P 2: 26
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Na Kreisha MC FaRlanD

v.

(Full name of defendant(s))

Tasha King

Krystal Ellis

Stephen calmer

Case Number:

**26-C 448**

(to be supplied by Clerk of Court)

---

A.     PARTIES

1.     Plaintiff is a citizen of ___WISCONSIN___ and resides at
       (State)

       ___1300 perry Ave   unit 81282   Racine, WI 53408___
       (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.     Defendant ___Tasha King___
       (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___WISCONSIN___

(State, if known)

and (if a person) resides at ___1717 taylor Ave___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Racine county human service___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

Krystal Ellis discriminated against me based upon my mental disability to deny certificate of application to operate child care in home ~~owner~~ facility IN violation of Rights entitled to me under Americans with disability act IN Racine county. Krystal Ellis and Tasha King acting under color of law made Bia allegations against plaintiff. Based upon my disbity



Complaint – 3

C.     JURISDICTION

☑     I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐     I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.     RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

2 million dollars

Complaint – 4

E.   JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___19th___ day of ___March___ 20 _26_.

Respectfully Submitted,

_____
Signature of Plaintiff

___262-959-8248___
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

___1360 Perry Ave. Unit 81282___

___Racine, WI 53408___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5